UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JUSTO E. ROQUE, JR.                          CIVIL ACTION

VERSUS                                        NO. 09-2552

HARRAH'S CASINO, N.O., ET AL.                SECTION: "C" (4)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections of the plaintiff thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that the Defendants' **Motion For More Definite Statement and/or Alternatively, Motion To Dismiss (R. Doc. 27)** is hereby **GRANTED IN PART and DENIED IN PART** as follows:

- **IT IS GRANTED** to the extent that it requests an Order requiring the Plaintiff, Justo E. Roque, Jr., to amend his Complaint to make a more definite statement of his claims against the Defendants.

- **IT IS DENIED** in all other respects.

New Orleans, Louisiana, this 17 day of September, 2009

_____
UNITED STATES DISTRICT JUDGE